AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Michael L. Jones 417267_
Plaintiff

V.

_Thomas Carroll Et, Al_
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: _07-791_

I, _Michael L. Jones_ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant   [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delaware Correctional_

   FILED DEC -6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

   Inmate Identification Number (Required): _417267_

   Are you employed at the institution? _NO_  Do you receive any payment from the institution? _NO_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _July 16, 2007 $9.60 a month, Delaware Correctional Center_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [X] Yes | [ ] No |
   | b. | Rent payments, interest or dividends | [ ] Yes | [ ] No |
   | c. | Pensions, annuities or life insurance payments | [ ] Yes | [ ] No |
   | d. | Disability or workers compensation payments | [ ] Yes | [ ] No |
   | e. | Gifts or inheritances | [ ] Yes | [ ] No |
   | f. | Any other sources | [X] Yes | [ ] No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. _I was employed by Delaware Correctional Center. I was receiving $9.60 a month. And I had friends sending me money I don't know when the next time I will receive money._

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?  • • Yes  • ☑ No

   If "Yes" state the total amount $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                                   • • Yes  • ☒ No

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.  NONE

   I declare under penalty of perjury that the above information is true and correct.

   11-1-07                          *Michael* _____
   DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Michael L. Jones   SBI#: 417267

FROM: Mercedes VALLIN

RE: **6 Months Account Statement**

DATE: 11-15-07

---

Attached are copies of your inmate account statement for the months of May 2007 to October 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| MAY | 194.64 |
| June | 136.82 |
| July | 61.72 |
| Aug | 12.35 |
| Sept | .00 |
| Oct. | 8.08 |

Average daily balances/6 months: $68.94

Attachments
CC: File

Mercedes Vallin
11/15/07

[signature]
11/15/07

**Individual Statement**
**From May 2007 to October 2007**

Page 1 of 3

Date Printed: 11/15/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00417267 | Jones | Michael | | | Beginning Month Balance: | $170.19 |
| Current Location: 17 | | Comments: | | | Ending Month Balance: | $2.35 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 5/1/2007 | $9.60 | $0.00 | $0.00 | $179.79 | 422130 | | SHU 1/24-2/23/07 | |
| Wage-1099 | 5/1/2007 | $9.60 | $0.00 | $0.00 | $189.39 | 422134 | | SHU 2/24-3/23/07 | |
| Wage-1099 | 5/1/2007 | $9.60 | $0.00 | $0.00 | $198.99 | 422138 | | SHU 3/24-4/23/07 | |
| Canteen | 5/8/2007 | ($29.99) | $0.00 | $0.00 | $169.00 | 425150 | | | |
| Mail | 5/8/2007 | $30.00 | $0.00 | $0.00 | $199.00 | 425553 | 5698567931 | | L ROBINSON |
| Mail | 5/18/2007 | $30.00 | $0.00 | $0.00 | $229.00 | 429988 | 5685545588 | | T BLACK |
| Canteen | 5/22/2007 | ($30.00) | $0.00 | $0.00 | $199.00 | 430742 | | | |
| Pay-To | 5/24/2007 | ($31.90) | $0.00 | $0.00 | $167.10 | 432645 | | ATLANTIC BOOKS | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($0.39) | $167.10 | 435177 | | 5/10/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($0.39) | $167.10 | 435178 | | 5/10/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $166.71 | 437923 | | 5/10/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.39) | $0.00 | $0.00 | $166.32 | 437924 | | 5/10/07 | |
| Canteen | 6/5/2007 | ($30.00) | $0.00 | $0.00 | $136.32 | 438563 | | | |
| Supplies-MailPosta | 6/8/2007 | $0.00 | $0.00 | ($4.60) | $136.32 | 440687 | | 5/30/07 | |
| Mail | 6/15/2007 | $31.90 | $0.00 | $0.00 | $168.22 | 443887 | 19705117 | | ATLANTIC BOOKS |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.41) | $168.22 | 444019 | | 5/31/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.41) | $168.22 | 444020 | | 5/31/07 | |
| Supplies-MailPosta | 6/15/2007 | $0.00 | $0.00 | ($0.41) | $168.22 | 444022 | | 5/31/07 | |
| Canteen | 6/19/2007 | ($32.26) | $0.00 | $0.00 | $135.96 | 444562 | | | |
| Pay-To | 6/20/2007 | ($10.00) | $0.00 | $0.00 | $125.96 | 445829 | | JUSTICE DENIED | |
| Supplies-MailPosta | 6/21/2007 | ($4.60) | $0.00 | $0.00 | $121.36 | 446687 | | 5/30/07 | |
| Supplies-MailPosta | 6/21/2007 | ($0.41) | $0.00 | $0.00 | $120.95 | 446834 | | 5/31/07 | |
| Supplies-MailPosta | 6/21/2007 | ($0.41) | $0.00 | $0.00 | $120.54 | 446835 | | 5/31/07 | |
| Supplies-MailPosta | 6/21/2007 | ($0.41) | $0.00 | $0.00 | $120.13 | 446837 | | 5/31/07 | |
| Canteen | 6/25/2007 | $0.00 | $0.00 | ($0.41) | $120.13 | 447509 | | 6/17/07 | |
| Pay-To | 6/27/2007 | ($15.00) | $0.00 | $0.00 | $105.13 | 448960 | | JUSTICE DENIED | |
| Canteen | 7/3/2007 | ($45.42) | $0.00 | $0.00 | $59.71 | 450940 | | | |
| Mail | 7/13/2007 | $25.00 | $0.00 | $0.00 | $84.71 | 456190 | 10965816178 | | K TUCKER |
| Canteen | 7/17/2007 | ($29.97) | $0.00 | $0.00 | $54.74 | 456930 | | | |
| Supplies-MailPosta | 7/19/2007 | ($0.41) | $0.00 | $0.00 | $54.33 | 459231 | | 6/17/07 | |
| Pay-To | 7/25/2007 | ($6.95) | $0.00 | $0.00 | $47.38 | 461911 | | HAMMOND MAP OFF | |

**Individual Statement**
**From May 2007 to October 2007**

Date Printed: 11/15/2007                                                                                               Page 2 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00417267 | Jones | Michael | | | Beginning Month Balance: | $170.19 |
| Current Location: | 17 | | | | Ending Month Balance: | $2.35 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $47.38 | 462025 | | 7/4/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $47.38 | 462060 | | 7/9/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($0.41) | $47.38 | 462061 | | 7/9/07 | |
| Wage-1099 | 8/1/2007 | $9.60 | $0.00 | $0.00 | $56.98 | 463407 | | BLDG 17 6/24-7/23/0 | |
| Canteen | 8/1/2007 | ($27.17) | $0.00 | $0.00 | $29.81 | 464094 | | | |
| Supplies-MailPosta | 8/10/2007 | ($0.41) | $0.00 | $0.00 | $29.40 | 470294 | | 7/4/07 | |
| Supplies-MailPosta | 8/10/2007 | ($0.41) | $0.00 | $0.00 | $28.99 | 470322 | | 7/9/07 | |
| Supplies-MailPosta | 8/10/2007 | ($0.41) | $0.00 | $0.00 | $28.58 | 470323 | | 7/9/07 | |
| Canteen | 8/14/2007 | ($28.55) | $0.00 | $0.00 | $0.03 | 471280 | | | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($0.41) | $0.03 | 473499 | | 7/15/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($4.60) | $0.03 | 473556 | | 7/16/07 | |
| Supplies-MailPosta | 8/17/2007 | ($0.03) | $0.00 | ($0.38) | $0.00 | 473807 | | 7/15/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($3.50) | $0.00 | 474196 | | 8/6/07 | |
| Supplies-MailPosta | 8/21/2007 | $0.00 | $0.00 | ($2.67) | $0.00 | 475100 | | 7/31/07 | |
| Supplies-MailPosta | 8/29/2007 | $0.00 | $0.00 | ($5.30) | $0.00 | 479096 | | 8/22/07 | |
| Supplies-MailPosta | 8/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 479097 | | 8/18/07 | |
| Supplies-MailPosta | 8/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 479098 | | 8/18/07 | |
| Supplies-MailPosta | 8/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 479099 | | 8/18/07 | |
| Mail | 10/17/2007 | $50.00 | $0.00 | $0.00 | $50.00 | 501555 | 20037665895 | | L ROBINSON |
| Supplies-MailPosta | 10/19/2007 | ($5.30) | $0.00 | $0.00 | $44.70 | 503032 | | 8/22/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.41) | $0.00 | $0.00 | $44.29 | 503033 | | 8/18/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.41) | $0.00 | $0.00 | $43.88 | 503035 | | 8/18/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.41) | $0.00 | $0.00 | $43.47 | 503036 | | 8/18/07 | |
| Supplies-MailPosta | 10/19/2007 | ($3.50) | $0.00 | $0.00 | $39.97 | 503061 | | 8/6/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.38) | $0.00 | $0.00 | $39.59 | 503079 | | 7/15/07 | |
| Supplies-MailPosta | 10/19/2007 | ($4.60) | $0.00 | $0.00 | $34.99 | 503097 | | 7/16/07 | |
| Supplies-MailPosta | 10/19/2007 | ($2.67) | $0.00 | $0.00 | $32.32 | 503098 | | 7/31/07 | |
| Canteen | 10/23/2007 | ($29.97) | $0.00 | $0.00 | $2.35 | 503863 | | | |

**Individual Statement**
**From May 2007 to October 2007**

Date Printed: 11/15/2007                                                                                          Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00417267 | Jones | Michael | | | Beginning Month Balance: | $170.19 |
| Current Location: | 17 | | Comments: | | Ending Month Balance: | $2.35 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $2.35

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00