(Rev. 5/05)

ⅅ ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) Michael L. Jones 417267
   (Name of Plaintiff)    (Inmate Number)

1181 Paddock Road, Smyrna Delaware
   (Complete Address with zip code)    19977

(2)_____
   (Name of Plaintiff)    (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                    vs.

(1) Thomas Carroll (Warden)

(2) David Pierce (Deputy Warden)

(3) David Holman (Head of Security)
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 
: 
: 
: 
: 
: 
: 
: 
: **- 0 7 - 7 9 1 -**
: 
: (Case Number)
: ( to be assigned by U.S. District Court)
: 
: 
: 
: 
: 
: 
: **CIVIL COMPLAINT**
: 
: 
: 
: 
: •  • Jury Trial Requested
: 

**FILED**

**DEC - 6 2007**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

SCANN
ＴＦＰ

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number B) SCANN◦
including year, as well as the name of the judicial officer to whom it was assigned:    ＴＦＰ

David stevenson, Michael Manley, Michael Jones v Thomas Carroll
Warden case no 04-cv-00139, 2004

_____

_____

_____

_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  ☒ Yes  · ·No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  ·☒ Yes  · ·No

C.    If your answer to "B" is <u>Yes</u>:

1. What steps did you take? *I filed a grievance, I wrote Deputy Warden David Pierce, Commissioner Carl Danberg, Gov. Ruth Ann Minner office and Security Superintendent Major David Holman.*

2. What was the result? *I never heard back from the grievance. I recieved letters back from Major Holman, Gov. Ruth ann Minner office, and a letter from chief Rick Kearney from Bureau of Prisons on behalf of Commissioner Danberg.*

D.    If your answer to "B" is <u>No</u>, explain why not: *N/A*

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: *Thomas Carroll*

Employed as *The Warden* at *Delaware Correctional Center*

Mailing address with zip code: *Smyrna landing Road, Smyrna Delaware 19977*

(2) Name of second defendant: *David Pierce*

Employed as *Deputy Warden* at *Delaware Correctional Center*

Mailing address with zip code: *Smyrna landing Road, Smyrna Delaware 19977*

(3) Name of third defendant: *David Holman*

Employed as *Security Superintendant* at *Delaware Correctional Center*

Mailing address with zip code: *Smyrna Landing Road, Smyrna Delaware 19977*

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)
*(SEE ATTACHED SHEET FOR ADDITIONAL DEFENDANTS.)*

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)



1.   *SEE ATTACHED SHEET*

2.

3.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)



1.   *SEE ATTACHED SHEET*

3

2.



3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1st___ day of __November__ _____, 2007 ___.

_Michael L. ___ 417267_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Names of Defendants (CONTINUE)

4. STAFF Lieutenant Karen  Hawkins
5. Raynard Jones (Correctional Officer)
6. Audrey Evans (Correctional Officer)
7. Keshaw Travies (Correctional Officer)
8. Lieutenant Larry Savage (Hearing officer)
9. Floyd S. Dixon (Bureau of Prisons chief, Appeal Officer)

III Defendants (continue) pg 2 of Filing Complaint

1. Defendant: Thomas Carroll, Employed as The Warden at Delaware Correctional Center, responsible for the well being of all inmates, Mailing address: Smyrna Landing Road, Smyrna, Delaware 19977.

2. Defendant: David Pierce, Employed as The Deputy Warden at Delaware Correctional Center, responsible for the well being of all inmates, mailing address: Smyrna Land Road, Smyrna Delaware 19977

3. Defendant: David Holman, Employed as The Security Superintendant at Delaware Correctional Center, responsible for the Well being of inmates in the Security Housing unit where Im housed, mailing address: Smyrna Landing Road, Smyrna Delaware, 19977

4. Defendant: Karen Hawkins, Employed as The STAFF Lieutenant at Delaware Correctional Center, responsible for investigating inmates complaints in the Security Housing Unit where Im housed, mailing address: Smyrna Landing Road, Smyrna Delaware, 19977

5. ~~Raynard Jones~~ Defendant: Raynard Jones Employed as a Correctional officer, Rank: Co-cpl/ Sargen at the Delaware Correctional Center, mailing address: Smyrna landing Road, Smyrna Delaware 19977

6. Defendant: Audrey Evans, Employed as a Correctional officer, Rank Cpl. at the Delaware Correctional Center, mailing address: Smyrna Landing Road, Smyrna Delaware 19977

7. Defendant: Keshaw Travies, Employed as Building 17 Security Housing Unit Sargent at Delaware Correctional Center, responsible for maintaining order in Building 17 Security Housing Unit where Im housed. mailing address: Smyrna Landing Road, Smyrna Delaware, 19977

8. Defendant: Larry Savage, Employed as The hearing officer Lieutenant at Delaware Correctional Center, responsible for fair and impartial decision making with disciplinary hearings. Mailing address: Smyrna Landing Road, Smyrna Delaware 19977.

9. Defendant: Floyd S. Dixon, Employed as Bureau of Prisons chief appeal hearing officer at Department of Correction Bureau of Prisons, responsible for fair and impartial decision making with appeal issues concerning disciplinary hearings.

10. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under color of state Law.

1. After months of unnecessary punishment, mental, physical, emotional and verbal abuse and threats from co-cpl/Sgt Raynard Jones to take my Job as tierman cause I wouldn't accept him using his own methods of Punishment on me I wrote a grievance on May 29, 2007 and on May 29, 2007 I also wrote Deputy Warden David Pierce, Major Holmen, Commissioner Carl Danberg and Governor Ruth Ann Minnce a complaint on co-cpl/Sgt Raynard Jones. (See Complaint exhibit A)

2. On June 12, 2007 I recieved a response back from the office of the Governor, office of constituent relations responding on behalf of the governor, stating that they as Ked Commissioner Carl Danberg to review my complaint and take the appropriate action. (SEE EXHIBIT A-2)

3. I recieved another letter on June 12, 2007 from Bureau chief Rick Kearney responding on behalf of Commissioner Carl Danberg concerning my complaint about Correctional Officer co-cpl/Sgt Raynard Jones and has forwarded my complaint to Warden Carroll for resolution. (SEE EXHIBIT A-3)

4. On June 13, 2007 I recieved a response about my complaint from Major David K. Holman about my complaint I wrote on May 29, 2007 on co-cpl/Sgt. Raynard Jones. Major Holman said he was assigning my letter of complaint to STAFF Lieutenant Hawkins for her investigation and reply with her findings (SEE EXHIBIT A-4)

Eight Amendment Violation

5. As of June 28, 2007 nothing changed co-cpl/Sgt. Raynard Jones was still inflicting unecessary punishment mental, physical, emotional and verbal abuse and threats on me to take my tierman Job and also he started tampering with my food trays by pouring coffee, milk, putting different stuff in my trays when he serve my food. So on June 28, 2007 I again wrote Major Holmen explaining again what's going on with co-cpl/Sgt Raynard Jones. (SEE EXHIBIT A-5)

Violation of First Amendment/Violation of Eight Amendment

6. During like the first week or so of July co-cpl/Sgt Raynard Jones changed up somewhat he stoped banging down the flaps early and loud and leaving the lights on all morning but he was still trash talking when he came around to serve breakfeast and he said since people wanna tell the Warden on him "I got yw" refering to me. In the days after co-cpl/Sgt Jones would work overtime vigorously and he would work on the tier I'm on where I had the Job as tierman. I alerted building Sgt. Keshaw Travies of what co-cpl/Sgt Raynard Jones was doing months in advance and the problem I was having with him but she neglected to do anything, infact she new what he was trying to do for as retaliate against me and make good on his threat to fire me as tierman a job I had for a year.

7. On July 16, 2007 soons as I came out of my cell to at 1:30pm to clean the tier cause I had the tier-man Job I was immediatley told to lock into the rec. yard so co-cpl/Sgt Raynard Jones and Cpl Audrey Evans can do a phone Punch and area check. They did there check and left the tier I'm on which is D-tier and went to C-tier to do thier check.

Violation of first Amendment/Eight Amendment

8. Five minutes or so later while I was sweeping the tier I was told again to lock into the rec. yard, co-cpl/Sgt Raynard Jones and cpl Audrey Evans came out of the Pod where all the cjo's sit up in during shifts and came on the tier and went to Lower eight cell and told him shake down. Co-cpl/Sgt Raynard Jones went into his cell and like 2 to 3 minutes threw 2 sups and a milk out of that Inmate cell on to the grand, the inmate ask why he was talking his stuff co-cpl/Sgt Jones said its evidence.

Violation of first Amendment/Eight Amendment

9. After that Co-cpl/Sgt Raynard Jones and cpl/Audrey Evans was exited the tier and with a sinister smile on his face co-cpl/Sgt Raynard Jones told me to lock in, I said for what, he said for passing.

10. He left off the tier, I immediatley signaled up to the controlls/Pod where building Sgt Keshaw Travics was working the controlls and to her to come down, she came down and I told her see I told you I didn't even pass nothing she said she new but to go lock in so I want get in any trouble. I went to lock in.

11. About 2 hours later Lieutenant James P. Satterfield came to my cell with a disciplinary report and said co-cpl/Sgt Raynard Jones said he told me not to pass and soons as he left the tier I did it anyway (See Exhibit B-1)

12. I tryed to explain to Lieutenant James P. Sa Herfield what was going on I tryed to show him the letters I wrote on May 29, 2007 and on June 28, 2007 and the letters I recieved back from The Security Superintendant, The Commissuion office and the govenors office but he declined to review them and told me to save it for when I get my hearing. On that same night I wrote to Deputy Warden Pierce and again July 16, 2007 and told him what happen (SEE EXHIBIT B-2) I also wrote the head of Security again July 16, 2007 and told him what happen (SEE EXHIBIT B-3) Niether of them responded.

Violation of First Amendment/Eight Amendment

13. On July 29 I wrote Staff Lt. Hawkins for the third time, I also wrote her twice before but I didn't make a copy of the letter but I did copy this one I wrote her on July 29, 2007. (SEE EXHIBIT B-4) But she never responded.

14. I wrote Warden Thomas Carroll and Deputy Warden Betty Briss on August 4, 2007 about the situation too (SEE EXHIBIT B-5) niether of them responded.

Violation of Fourteenth Amendment (Due process)

15. On July 30, 2007 I had my disciplinary hearing by Lieutenant Larry Savage, I brought all my papers the letters I wrote and the letters I recieved back he said he didnt wanna see "that Crap". I ask for my witness he said no. I tryed to contrond co-cpl/Sgt Raynard Jones but he ignored me and co-cpl/Sgt Raynard Jones and Lieutenant Larry Savage started laughing. Lieutenant Larry Savage said no matter what co-cpl/Sgt Raynard Jones said I did it so nomatter what Im guilty. Cpl Audrey Evans was present to andshe took up for what co-cpl/Sgt Raynard Jones said but she said she didnt see me pass nothing. I was found guilty and given 10 day loss of all privillages. I appealled. (See Exhibit Disciplinary hearing Decision)

16. On 7-30-07 I wrote my appeal up and sent with it a copy of all the letters that Lieutenant Larry Savage failed to look at my evidence I explained that he would hear nothing I had to say or go question the Witness Darrell Page the cell that the stuff was taken out. Along with that I present seven grounds on why my appeal should be approved and the hearing officer decision reversed and the disciplinary write up expunged from my record. (SEE EXHIBIT B6)

Violation of Fourteenth Amendment (Due Process)

17. On August 18, 2007 I recieved a memorandum dated August 13, 2007 from Bureau of Prisons chief Floy. S. Dixon saying my appeal was denied cause I offer no additional information to render a reversal of decision (SEE EXHIBIT B-7) I offered ample evidence that it was retaliation and a false and if Bureau chief floyd. S. Dixon even look at my appeal he would have seen that but he failed too.

18. I exhausted all my remedies and tried to get a solution but all parties failed to look into my claims. I was humiliated, my named was slandered and lost my tierman Job I had for a year, I am suffering everyday mentally and emotionally by the actions of all defendants involved.

## V. RELIEF

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendant unless this court grants the declaratory and injunctive relief which plaintiff seeks.

WHEREFORE, plaintiff respectfully prays this court enter judgment granting plaintiff:

1. A declaration that the acts and omissions described herein violated plaintiffs right under the Constitution and laws of the United States. My first, Eight and fourteenth Amendments rights were Violated.

2. A preliminary and permanet injuction order defendants Keshaw Travies, Audrey Evans, and Raynard Jones to stay at least 100 feet from the Plaintiff Michael Jones or order defendant Thomas Carroll (THE WARDEN) to have plaintiff Michael Jones moved from Delaware Correction Center to Sussex County Correctional Institution for my saftey and welling being.

3. Compensatory damages in the amount of $100,000 against defendants Thomas Carroll and Defendant David Pierce jointly or severally.

4. Compensatory damages in the amount of $50,000 against defendants David Holman and Karen Hawkins jointly or severally.

5. Compensatory damages in the amount of 11.3 million dollars against defendant Raynard Jones.

6. Compensatory damages in the amount of $150,000 against defendants Audrey Evans and Keshaw Travies. Jointly or severally

7. Compensatory damages in the amount of $250,000 against defendants Larry Savage and Floyd. S. Dixen. Jointly or severally

8. Punitive damages in the amount of 11.3 million dollars against Raynard Jones.

9. Punitive damages in the amount of $150,000 dollars against defendants Audrey Evans and Keshaw Travies jointly or severally.

10. Punitive damages in the amount of 1.2 million dollars against defendants Larry Savage, and Floyd. S. Dixon. jointly or severally.

11. Nominal damages in the amount of 9.4 million dollars against all defendants jointly or severally due to my rights being voilated.

12. A jury trial on all issues triable by jury.

13. Plaintiff's cost in this suit.

14. Any additional relief this court deems just, proper, and equitable.

EXHIBIT A-1

Wayne Hulman ( Security Superintendent)                                    5-29-07


There's a serious security problem going on over here in (building 17-D-
tier SHU) and before something happens to me I want it to be Known whats
really going on. SGT. Jones that works on 12 to 8 shift is getting bolder and
bolder. About 3 months ago he started slamming down the Food Flaps at
3:30 am in the morning and Keeping the lights on from 3:30 am to 6:00 am
so people on the tier including myself confronted him about it cause breakfeast
doesn't come till around 5:15 am or later and at no time does the Food Flaps
suppose to be open. He said that we been having it easy around here and we don't
get punished enough and we should be punished even more. So every morning he
works SGT. Jones for the last 3 months he bangs down the Flaps extra hard
a hour on a half before breakfeast comes and Keeps the lights on for the same
amount of time and sometimes even to 7:00 am in the morning. He told every-
body on the tier if you don't like it write it up he don't care he Knows how
to get around it. Then like a week on a half or 2 weeks ago SGT Jones
on 12 to 8 still banging down the Flaps all crazy and Keeping the lights on
so a inmate Stanley King said "Cut out the lights". SGT. Jones said he
tired of our shit and came back on the tier, he didn't put no bar in the
door, he didn't use no handcutts he told the cuntroll bubble to ~~check~~ open upper 3

6:00 am→ and just ran in there on Stanley King I didn't see what was going on from then
but Stanley King continuously yelled "I wanna see a Lt" Then to cover up what
he did to Stanley King he went to cells upper 4 on upper 6 to shake down
to make it look like a random shake down. SGT. Jones doesn't follow any
procedure after medication everyday he works he comes and get people for thier
insulin shots he doesn't use a bar or nothing he tells them out by his self. Then
last week he started playing with certain people on the tier food one of the
being Stanley King it was the morning we had eggs and for lunch we had

breakfast time Stanley King was yelling why SGT. Jones was putting shit in his food and SGT. Jones said "Its on now" Then SGT. Jones came back to serve lunch too, now the food Plaps been open for a half an hour before lunch that day. SGT. Jones once again did some thing to Stanley King Food and to cover it up he wrote Stanley King up saying he threw Juice out at him when the other c/o Cirvello opened the Plaps when the Plaps was open a half hour before lunch even came. Now if he can get away with doing this to Stanley King he can get away with it with anybody. I've been the tier man for the last 10 months I don't have no problems with no correctional staff or nobody in the last 3 months SGT. Jones threating to take my Job numerous times couse I asked him why he doing this with the lights and Plaps early in the morning couse nobody bothering him he tells me "Shut up before Legels a new tier man," I've been tier man for too long anyway". Major Holman I have no reason to lie I know just key me writing you this letter I will be retaliated against, but at the same time Im not trying to continue to be subject to this "Mental Torture" everytime SGT. Jones works and Im not trying to have him run in my cell 5:00am or 6:00am in the morning and put his hands on me and to get charged with Assult This is definitley a security issue. Every person on this tier knows whats going on but nobody wanna say nothing but if nobody says nothing anybody can be next. Im not trying to get SGT. Jones in no trouble but enough is enough, he should be able to use his own methods of punishment on me or anybody else couse what he doing is not only effecting me it effecting the whole tier. I ask with all due respect to please get involved. You can check the progress Ive been making to get out the SHU I don't need no set backs just because SGT. Jones is bringing to work his issues he's having at home and taking it out on me I

retaliatory pratices by SGT. Jones or any other correctional
officers for this matter

Respectfully Submitted
Michael J __ #417267
SHU-17 D-tier upper 8
D-tier-tier main

cc: Deputy Warden Pierce
Commissioner Carl Danberg
Gov Ruth Ann Minner

# EXHIBIT A-2

STATE OF DELAWARE
OFFICE OF THE GOVERNOR

Ruth Ann Minner
Governor

June 12, 2007

Mr. Michael Jones
DELAWARE CORRECTIONAL CENTER
SBI# 417267
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Jones:

Thank you for contacting Governor Ruth Ann Minner. The Governor is in reciept of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciated it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

I have asked the Department of Corrections Commissioner Carl Danberg to review your letter and take the appropriate action. Thank you again for taking the time to write to Governor Minner.

Sincerely,

Keyla Rivero Rodriguez
Keyla Rivero-Rodriguez
Constituent Relations

copy to original I send in with my appeal

TATNALL BUILDING, DOVER, DELAWARE 19901  (302) 744-4101 (302) 739-2775 Fax
Carvel STATE OFFICE BUILDING, WILMINGTON, DELAWARE, 19801 (302) 577-3210 (302) 577-3118 Fax

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF PRISONS
245 MCKEE ROAD
Dover, Delaware 19904
Telephone: (302) 739-5601
FAX (302) 739-8221

TO: Inmate Michael Jones
    SBI 417267

From Bureau chief Rick Kearney R.K.

Dated: June 12, 2007


  I recieved your letter addressed to commissioner Danberg concerning your complaint about Sgt Jones. I have forwarded your complaint to Warden Carroll for resolution


RAK/cec


Cc: Warden Tom Carroll
  File


copies to orginal I sent in with my appeal


# EXHIBIT A-3

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
OFFICE OF THE SECURITY SUPERINTENDANT
MAXIM & MEDIUM-HIGH SECURITY
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
Smyrna, Delaware 19977
Telephone (302) 653-9261
Fax (302) 659-6663

MEMORANDUM

TO: I/M Michael Jones #417267
    SHU 17

From: Major David K. Holman DKH

DATED: June 13, 2007

RE: Your letter of 5/29/07

I am assigning your letter of complaint to S/Lt. Hawkins for her investigation and reply to me with her findings.

DKH/cf

XC: Deputy Warden Pierce
    S/Lt. Hawkins
    File

copie to orginal, I sent in with my appeal

EXHIBIT A-4

# EXHIBIT A-5

Major Holman,



6-27-07

You wrote me a memorandum dated June 13, 2007 saying you are assigning my letter of complaint to S/LT Hawkins for her investigation and reply to you with her findings. Well there has been no S/LT Hawkins around to investigate cause surely you would have heard what SGT June on 12 to 8 shift is doing and put a stop to it. All you have to do is come around and go cell to cell and ask whats going on, see you have guys that are scared to write cause of ~~tete~~ fear of retaliation and then you got other guys SGT. Jones gives extra food in the morning so they definitley not going to say nothing. Listen, SGT. Jones is putting stuff in my breakfeast trays the other c/o's knows he's doing this but won't say nothing about it, my food is extra soaked with brownish liquid, he's still banging down the flaps a hour or a half before breakfeast lights are still on from 4 to 6 I mean he follows no procedure he is a procedure unto himself. Now he telling me if I don't eat the food he is surely doing stuff to he going to take me out to the nurse to get wieghted! Major Holman he trying to find a reason to come in my cell he comes by looking at me with a frown on his face I'm not scared I just don't want no trouble I've been tick man going on a year now I don't have no problems with no other c/o's, he's really mad cause I haven't been talking to him cause all the B.S he's been doing. Listen this guy handles my food breakfeast 5 days outta the week so I cant eat 5 mornings out of the week and then he's trying to say I'm on some type of hunger strike but he know ~~tan~~ I'm not a dummie. He comes by my cell talking trash I don't say nothing back. All the c/o's on 12 to 8 and 8 to 4 are aware of he has it out for me I'm pretty sure you could find one that will tell the truth! I just want this to stop I wanna eat my breakfeast, I wanna get some sleep without all

the extra stuff. I have exhausted all my remedies Far as institutional wise, I mean Im following procedure writing yu guys like yu guys say we must do but nothing's being done about this situation. I ask that this situation be handled immediatley cause Im missing the most important meal of the day break feast cause Sgt. Jones is putting stuff in my food.

Michael Jones #417267
SHU-17 D-U8

My Copy

| Disciplinary#<br>1033294 | | DCC  Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | | | Date:  07/16/2007 | |

## DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | | Housing Unit Bldg 17 | | IR#: 1043913 | | |

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00417267 | Jones, Michael L | DCC | Bldg.17 D Tier | 07/16/2007 | 13:41 |

**Violations:** 2.01/200.105 Abuse of Privileges, 2.06/200.108 Failing to Obey an Order, 2.10/200.213 Lying, 2.13/200.111 Possession of Non-Dangerous Contraband

| Witnesses:1.N/A | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violation(s)

On July 16th, 2007 At 134hrs., I Sgt. Raynard L. Jones And Cpl. Audrey Evans Went On Delta Wing In Bldg.-17 For Phone Punch And Area Check. When I Was Leaving D-Wing I Noticed That The Tier-Man Michael Jones Sbi- 00417267 Was Trying To Conceal 2packs Of Ramen Noodles And A Milk In The Window Of Yard 1 Where He Was Secured. I Asked Him And Quote," You Are Not Getting Ready To Pass That Are You"? Inmate Michael Jones Replied, "No". After Cpl. Evans And Myself Exited  D-Wing I Went To The C&D Flap And Told  The Pod Officer Sgt. Keshaw Travies, " That Inmate Jones Had 2 Packs Ramen Noodles And A Milk That I Think He Is Going To Pass After He Gets Out Of The Yard". I Act Like I Was Going On C-Wing And Came Back To D-Wings Big Window And Saw Inmate Jones Put The Contraband Under The Door Of Delta Lower 8 Where Inmate  Darrel Page # 00^10556 Lives. I Immediately Requested From Sgt. Branch A Door Bar And A Set Of Handcuffs. I Then Entered D-Wing And Went To Cell Lower 8 For A Shakedown, There I Had To Wake Inmate Page To Tell Him That We Were There For A Shakedown. Inmate Page Got Up And Came To The Door And When The Door Was Opened The 2-Packs Of Ramen Noodles And 1 Milk Was Laying On The Floor By The Small Square Opening At The Bottom Of The Door. I Asked Inmate Page, " Was The 2-Packs Ramen Noodles And 1-Milk His?, And He Said, " No". At That Time I Told Inmate Page, " That I Am Taking The 2-Packs Of Ramen Noodles And 1 Milk " And Inmate Page Had No Objection. I Then Ordered Inmate Jones To Lock-In After We Exit The Tier And He Will Be Written-Up For Passing Contraband Into Cell Lower 8. End-Of-Report.

**Reporting Officer:** Jones, Raynard L (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Jones, Raynard L -CO Corporal/Sgt. - Large Inst.

Write Report And Notified Lt. James Satterfield

### Offender Disposition Details

**Disposition:** N/A                 **Date:** N/A        **Time:** N/A        **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved: [x]        Disapproved: [ ]   Approved By:** Satterfield, James P (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 07/16/2007        **Time:** 15:16        **Received From:** Satterfield, James P

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Satterfield, James P (Staff Lt./Lt)

EXHIBIT- B-1

07/16/2007
1033294

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 07/16/2007

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

EXHIBIT B-1

**Page 2 of 2**

07/16/2007
1033294

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **07/16/2007**

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

**TO: Inmate:** Jones,Michael L                          **SBI#:** 00417267          **Housing Unit:** Bldg 17

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [ ] **Guilty**      [ ✗ **Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner
      or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page.
   These have been fully explained to you at the time of this notification.

6   Counsel requested      **No**                    Name of Counsel: ,

7.  Confront accuser?      **No**

8.  Witness requested?     ~~No~~ Yes           Name of Witness: C.F.L. Evgus

I certify that on **07/16/2007**   at **15:16**   , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

**(Employee's Signature & Title)**
Satterfield, James P

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

**(Inmate's Signature)**
Jones,Michael L

EXHIBIT B- 1

Disciplinary#
1033294

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: **07/16/2007**

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1                    **Housing Unit** Bldg 17                    **IR#:** 1043913

I have received a copy of this notice on **DATE:** _2-16-07_  **TIME:** _1525_  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:**                                                **Offender:**

                    Satterfield, James P                                        Jones, Michael L

EXHIBIT B-1

EXHIBIT B-3

Deputy Warden Pierce                                    7-16-07

I wrote you along with Major Holman, Commissioner Carl Danberg and Ruth Ann Minner (Gov). I told you what was going on, on 17-D tier and how SGT. Jones was using his own methods of punishment cause he said we wasn't being punished enough (5-29-07) I also said I new I would be retaliated against but you guys need to know what was taken place. Well today I was fired as the tierman by SGT Jones a job I have had for a year now and the reason was fictious, he made it up cause he know I wasn't doing anything wrong so he wrote up a fictious write up. The same way I told you he wrote up a fictious write up on inmate Stanley King saying I threw a tray at him. I was retaliated against and I know its not going to stop here. I ask that you investigate this matter please and that when its found this was not only made up it was retalitory on SGT. Jones part that I get my tierman job back and safeguards are put in place to insure that SGT. Jones will not have a chance to inflict any more wrong doing on me. I ask you to please, something needs to be done before this gets out of hand its only going to escalate and SGT. Jones already think hes the Alph Omega and he can do whatever he wants. I was retaliated against for writing you, Major Holman Gov. Ruth Ann Minner and Carl Danberg. Please take immediate action I don't want this to go any father.

NOTE: I told 100% truth in all the letters I wrote about what SGT Jones was doing its all verifiable just ask the whole 17-D tier what he does. HE LIED on me to get me fired as the tierman that means HE CAN SAY ANYTHING AND GET ME IN Trouble.

Respectfully Submitted
Michael Jones 417267
SBI- 17-D-?

(pg 4)

EXHIBIT B-3

Major Holman                                              7-16-07

I write you 2 letter one date 5-29-07 and another dated 6-28-07 about SGT. Jones on 12tB and I told you in the letter I knew I would be retaliated against but his actions were harming me mentally, physically buy keeping the lights on all munning and banging down the Flaps etc. Now today he retaliated against me and made up a Fictious displinary write and my trick man job was taken. I wrote the commissioner Carl Danbery, Gov. Ruth Ann Minner, You and Deputy Warden Pierce and because I spoke out I was retaliated against I didn't lie I told the Truth of what he was doing he lied just to get me fired as the trickman, I haver been the trick man fer a year straight, I've never had a problem with no c/o's in this building. See almost everymunning at breakfeast when he works he comes by my Flap and always has some thing to say and I never say anything back never cause I knew its a set up. He couldn't find nothing I was doing wrong, cause I wasn't doing nothing wrong! So he made up a fictious write up to have me fired. And I know hes not going to stop here just like I told you in the letter dated 5-29-07 how he wrote up a fictious write up on inmate stanley King about throwing a tray cut at him which was also a lie. Theres nothing I can do but write you and the rest of the Administration and pray that this matter be investigated to and that when its Fand that I was retaliated against that I get my Job back. I did nothing wrong this was pure retaliation. Dont wait until he does something serius to me to act I ask that action be taken Place now

                                    Respectfully Submitted
                                    Michael Jones # 417267
                                    SHU-17-D-U8

(my copy)

EXHIBIT B-4

STAFF LT HAWKINS                                                              7-29-07

I tryed writing you but I see my letter fell on blind eyes and death ears. I talked to Lt. James P. Satterfield about my issue with SGT. Jones and how he fasified a write up to get my job as tierman took en. And also how at breakfeast time heo been playing in my food. I've talled to Lt Satterfield numerous times trying to resolve this issue. I'm not the problem I've been on this tier D-tier 17 D since sept 05 I've never had a problem with no c/o's SGT. Jones is the problem not me and since I spoke up he set me up just like I've been said he would do I'm asking you to call me up to yure office so I can explain to you and show you proff that this is retaliation on SGT. Jones part. All the other c/o's know I don't cause no trouble even SGT. Travis know that SGT. Jones lied on me to get me fired As tierman cause she was working the controlls when it happened and I've been told her all the stuff that was going on but I don't know if she's going to admit it or not. I've followed procedure and I'm still being subjected to little comments and my breakfeast being tampered with. Now when I file this law suit next week I don't want to be a target from the Administration cause its going on 2 months since I wrote the first letter and 2 weeks since I've been retaliated against. SGT Jones made up the write up piont blank Period. I'm asking for the last time that you either come talk to me or bring me up frunt to see you to discuss this matter and possible come up with a resolution

                                                   Respectfully Submitted
                                                   Michael Jones 417267
                                                   SHU-17-D-U8

oc: My file

# EXHIBIT B-5

(WARDEN)          (WARDEN)
Mr. Thomas Carroll / Mrs. Betty Burris                    8-4-07

Im not writing you expecting a just result all the rest of my letters
have fell on blind eyes and death ears this is just so when I get in court
and Iam taking this matter to court I exhausted ALL remedies. I
wrote Major Holman, Deputy Warden Pierce, Commissioner Carl Danberg,
Gov. Ruth ann Minner on 5-29-07 about one: Cpl/SGT ~~Jones~~ Raynard
Jones and how since little the beginning of the year he was coming to work
on 12 to 8 using his own methods of Punishment by keeping the cell lights
on from 3:30am to 6:00am and banging down the Flaps extra hard at the
same time and acting all belligerent saying we dont get punished enough
and we need to be punished more and I was getting migrane headaches so
I confronted him in an appropriate manner about a half dozen times and his
responses were shut up before I get a new tierman, you been tierman too long
etc. He just would threatning to take the tierman job from me so I can't say
nothing else cause I was tierman, he even went AS FAR AS running in T/M Stanley
6:00am KING cell no security bar no nithing cause T/M stanley King confronted
him one day. And he told everyone to write it up he knows how to get
around it. So I wrote knowing I would be retaliated against but I
trusted D.C.C. Administration by writing and letting you all know what
was going to happen for as him taking my Job I wrote that 5-29-07
with a follow up letter to Major Holman 6-28-07 cause then and still now
Cpl/SGT. JONES is putting stuff in my breakfeast trays. Now I know
for a fact someone from a higher up rank talked to Cpl/SGT. JONES cause
during the first week of July he stopped keeping on the lights and
banging down the Flaps and like a week after that July 16 CP/SGT.
JONES falsified a disciplinary write up to fire me as the tiermen
All c/o's even bulding SGT. Travis knew its false but nobody wanna go

it dont even sound right Im not illiterate why would I pass somethin if HE told me not to knowing he was out to get me? It just dont make sense he basically figured out I wrote a cuple letters on him and he retaliated against me. If I was illiterate I wouldnt be able to file this lawsuit on my own behalf. He found the write up and I was fired from the tierman, so that I had for the last year. And afterwards Im continusly being taunted by one: CPl/SGT. JONES eyerytime he works, ho works dubles like everyday, my food trays are continusly being tampered with. Everybody is aware I told everybody before I was fired and since I spoke up I was fired as tierman. I told SGT. Travis, Lt. Satterfield, Cunselor Aiello, Mayor Holmen, Deputy Warden Pierce, Commissiner Carl Danberg, Gov. Ruth Ann. Minner S/LT. Hawkins. Im being subjected to verbal abrusie cause now Im called the "Wardens Bitch" by one CPl/SGT. JONES. If you look at Mayor Holmen, Deputy Warden Pierce or any of them you will see I been wrote them 5-29-07 and 6-28-07 so its not like Im just writing this has been going on and now you are notified for your review and action.

Respectfully Submited
Michael L. Jones   #1721
STU-building 17-D-upper8

Note: Bureau chief of Prisons Rick Kearney
wrote me June 12, 2007 and said he forwarded
my complaint I wrote him to you for your ~~dated 5-29-07 about SGT JONES~~
resolution so you already should know.

*(illegible line)*

EXHIBIT DISCIPLINARY
Hearing Decision

DR #
_1033279_

Date: _7/30/07_

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☐ Class I (Major)   ☑ Class II (Minor)   ☐ Summary (24 Hour LOAP)

Inmate: _Toney Michael_   SBI#: 00 _417267_
Institution: Delaware Correctional Center   Hearing Date: _7/30/07_   Time: _1330_

Inmate Present: ☑ Yes   ☐ No

Reason (If No): _____

Violation: _4.01 / 200.105 , 206 / 200.108  2.10 / 200.213  2.13 / 200.111_
Inmate Plea: _not guilty_
Inmate Statement: _Its a settlation for me ettalk writing me up._

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: _☑ Guilty_   ☐ Not Guilty   ☐ Further Investigation
Rational: _____
_____
_____
_____

Sanctions: _10 days CELL_

Hearing Officer's Signature _____

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☑ I do intend to appeal.
☐ I do not intend to appeal.

_inmate unable to sign_

Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal   ☐ Appeal has been denied by Commissioner or Designee

☐ Sanctions have been modified   ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____   Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

DR# 1033294

DATED 7/30/07

DCC DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING APPEAL FORM

Inmate: Michael Jones                    SBI# 00417267
RE: DISCIPLINARY HEARING

You have the right to appeal the decision of the Hearing officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the Hearing Officer shall be automatically stayed for seventy-two (72) immediately following the hearing UNLESS YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT to appeal. If you do not file an appeal within seventy two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately.

☑ Yes, I do want to appeal          ☐ No, I don't want to appeal

I want the decision of the Hearing officer to be:

☑ Reversed, and/or          ☐ Remanded for further proceeding

MY reasons for Making this appeal are:

Appeal description:
          I went to my hearing with evidence letters that I wrote Gov Ruth Ann Minner, Commissioner Carl Danberg, Security Superintendant Major Holman. I wrote them all on 5-29-07 about SGT. Jones using his own methods of punishment here on D-tier 17 in the SHU and how he ran into another inmate cell at 6:00am with no security bar no cuffs no nothing but then wrote that inmate up for something to cover up what he did. I also wrote saying that I've been tierman for almost a year and once I confronted him on what he was doing he was constantly threatening to take my tier man job. And I spoke up and asked that I not be retaliated against by SGT. Jones. Nothing changed and then he started putting stuff in my food trays still using his own methods of punishment by keeping the lights on from 3:30am to 6:00am and banging down the tier Flaps to wake everybody up at 3:30am saying we don't get punished enough and we need to be punished more. So I wrote again on 6-28-07 saying nothing's changed and he's still doing the same thing. So the Warden must have said something to him cause like sometime during the first week of July he stopped banging down the Flaps and stop keeping the lights on all morning and he said "you'll wanna cry like girls" So then on 7-16-07 I came out for my tierman job that I've had for the last year and they locked me in the cage to do a phone punch him and cpl Evans did a phone punch and then went to C-tier

he said none of that matters "Your Guilty" 10 day ctg. straigh I like theh.
I ask that this appeal be looked over and investigated check the
Warden Tom Carroll, Depty Warden Pierce, S/Lt Hawkins, Major Holman,
Bureau of Prisins chief Rick Kearney and the office of cmstituents relation
and yu will find that I wrote all of them on 5-29-07 like a month and
a half Before I was Fired/Retaliated against by SGT. Jones. He
falsified the write up to get me fired and also Lt. Savage didnt even
go ask my witness Darrel Page #10556 what happen like I asked to so
I also want that investigated - I haven't yet heard back from the letter I
wrote on 6-28-07 yet. Here is a copy of the letter I wrote to all those
individuals and yu can check their files its the same exact thing I write.
- COPY OF LETTER DATED 5-29-07
Note | This was write on 5-29-07 Lt. Savage the hearing officer wuldn't even
look at it. I wrote a follow up letter on 6-28-07 this is exactly what
I wrote check Major Holman file:
- COPY OF LETTER DATED 6-28-07
note | I wrote this letter 6-28-07 like a week later SGT. Jones stop keeping
the lights on and like a little over a week after that 7-16-07 I was
Fired From the tiormen that I had for a year now for a falsified
displinary infraction.

- This is why Lt Savage ruling shuld be reversed and my guilty verdict
vacated and expunged from my institutional Jail record.
Ground one: Lt. Savage failed to look over my documentations that
included letters I wrote and letters Major Holman, Commissiner
pg3 | Carl Danburg, Gov. Ruth Ann Minnis wrote me back concerning the issur
with SGT. Jones.

The evidence I had was overwhelming that SGT. Jones intentionally with reckless disregard for the truth falsified the displinary write up to get me fired as the tiermen in retaliation for the letters I wrote on him period. For all the reasons/grounds stated here in, Lt. Savage Guilty verdict shuld be reversed, vacated and expunged from my institutional record.

Dated: 7-30-07                    Michael Jones  417267
                                              DR#1033294

Exhibit A-one letter Dated June 12 2007 Governor Tham Minurs
Exhibit B- one letter Dated June 13, 2007 (Mayor DAVID KHOIMAN)
Exhibit C- one letter Dated June 13, 2007 (Bureau of Prison's chief Rick Kearney)
Enclosed for your review and when your done can you please
send these Exhibits back to me these are the orginals and I need them back
or a copy!

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Inmate** : Jones, Michael L                                    **SBI#:**00417267    **Type:**Class 1

**Institution:**DCC Delaware Correctional Center                **Hearing Date:** 07/30/2007    **Time:** 13:30

## MEMORANDUM

**To**    : Jones, Michael L

**From** : Chief, Bureau of Prisons

**RE**    : APPEAL DECISION

1. **Confinement to Quarter**

   Your appeal                          [ ]    Accepted       [X]    Denied

   The decision of hearing         [X]    Affirmed        [ ]    Reversed    [ ]    Remanded for further proceedings

   The sanction imposed by hearing officer will  [X]    Remain as imposed by the Hearing Officer [ ]    Reduced

   The basis of this decision is as follows :
   You offer no additional information to render a reversal of decision.

**This report has been reviewed by Dixon, Floyd S**      *J. Dixon*

Date Reviewed **08/13/2007**

EXHIBIT B-7

1033294

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## DISCIPLINARY HEARING DECISION

nate : Jones, Michael L                                                   SBI#:00417267          Type:Class 1

stitution:DCC  Delaware Correctional Center                    Hearing Date: 07/30/2007    Time: 13:30

nate Present: Yes        Reason(If No): N/A

olation: , 2.01/200.105 Abuse of Privileges, 2.06/200.108 Failing to Obey an Order, 2.10/200.213 Lying, 2.13/200.111 Possession of Non-Dangerous Contraband

**nate PLEA: Not Guilty**

nate Statement:  It's retaliation for me writing him up.

tness Name: Evans, Audrey  CPL.

stimony : N/A

cision :Guilty

tional : During confrontation inmate have any questions for Sgt Jones. Per report and Cpl Evans statement inmate passed contraband. Found guilty of all charges.

nctions: N/A

### HEARING OFFICER'S SIGNATURE

Savage, Larry

nderstand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a ass I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the ass I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

[X]   DO    [ ]   DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal                 [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified                    [ ]    Time Limit(72 Hours since hearing) for appeal has expired

is here by ordered to implement the sanctions:

| nctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 09/10/2007 | 10 | 09/19/2007 |

EXHIBIT B-7

IM: Michael Jones

SBI# 417267     UNIT SHU

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





CLERK-U.S District Court

Lock box 18

844 N.KING Street

Wilmington, DE

19801

LEGAL MAIL