IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Michael L. JONES 417267

v

Thomas. Carroll et.al

ORDER TO SHOW CAUSE FOR A
PRELIMINARY INJUNCTION
Civil Action No.

Upon the complaint, the supporting affidavit of plaintiff and the marked exhibits submitted herewith, it is:

ORDERED, that defendants, Thomas Carroll, David Pierce, David Holman, Karen Hawkins, Raynard Jones, Audrey Evans, Keshaw Travies, Larry Savage, Floyd. S. Dixon, show cause in room _____ of the United States Courthouse 844 N. KING STREET, Lockbox 18. Wilmington. Delaware 19801 on the _____ day of _____ 2007 at _____ oclock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them from, threatnen, harassing, putting stuff in plaintiffs food trays, any sort of retaliation.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by _____.

Judges signature _____

Dated: _____
United States District Judge

FILED

DEC − 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Affidavit
Supporting
Preliminary Injunction.

I Michael L. Jones 411267, the plaintiff in this case has been off and on harassed, threathen, stuff put in my food trays since March 2007 and its still continuing I have wrote numerous grievances, appeal grievances, complaints, and nothing has been done to stop this abuse by co-cpl/Sgt Raynard Jones, enclosed are copies of grievances I wrote and appeal grievances and also you can refer to the exhibits marlled in this complaint. Your Honor if a preliminary Injunction is not enstated I will continue to suffer this abuse that I have been suffering and because I am an inmate nobody wants to get involved to stop this abuse. I even sent a Emergency written request to the new Head of Security here in D.C.C. for my food to be wraped up or move me to stop them from tampering in my food trays (Exhibit A). Exhibit A-1-through A-7 are grievances I wrote about the abuse I am recieving and continuing to recieved every passing day. Exhibit B-1 through B-5 are appeal grievances I wrote well the only ones I was sent back. Exhibit C just shows the neglect by athurities to do anything here in the SHU.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Smyrna, Delaware on 11-1-07

Michael L. J

Mr. James Scarborough

Security Superintendant                                    10-5-07

EMERGENY
WRITTEN REQUEST


Sgt Raynard Jones has been tampering with my food since June 07,
I have writen the Wardens, Major Holman, STAFF Lt Hawkins and grievances,
nothings been done, breakfeast is the most important meal of the day I
cant eat mines do to this guy and since I cant eat my stomach hurts due to
hunger pain I get light headed/dizzy when I get up I'm losing wieght my health
is deteriorating. I've notified 12 to 8 Lt Barlow, I mean Sgt Raynard Jones is
like un stoppable. I request that my food trays be sent en styrofoam plates
and wraped in plastic like inmates that has disciplinary problems get their's
or that I be moved to building 19 A.S.A.P this issue with Sgt Raynard Jones
has been going on long enough from the retaliation to the disrespect to the
tampering with my food enough is enough. Please review this request without
prejudice.

                        Thank You
                        Michael Jones 417267
                        SHU-17-D-B

note: Sgt Raynard Jones serves breakfeast
every friday, Saturday. Sunday. Munday a Tuesday.



( EXHIBIT A )

(EXHIBIT A-1)

DU8

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D.C.C                     DATE: 8-28-07

GRIEVANT'S NAME: Michael Jones       SBI#: 417267

CASE#: 141963                        TIME OF INCIDENT: 5:30 AM

HOUSING UNIT: SHV-17-D-U8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Today at breakfast Time once again Department... ...rectors Correctional Officer
Raynard Jones was serving breakfast my french toast had all types of Dirt
and hairs all over the bottom like it was scraped on the floor this is an ongoing
issue and Im being neglected by D.C.C administration and also I suppose to be able
to eat 3 meals a day but due to Correctional Officer Raynard Jones ~~to eat~~
~~eat my breakfast~~ Malicious and sadisticlly nature Im being deprived
of the most important meal of the day

ACTION REQUESTED BY GRIEVANT: That Commissioner Carl Danberg, Warden Thomas Carroll
Deputy Warden David Pierce, Deputy Warden Betty Burris and the Head of Security
Here in D.C.C be notified for their review and action and I want a grievance
hearing.

GRIEVANT'S SIGNATURE: Michael J        DATE: 8-28-07

WAS AN INFORMAL RESOLUTION ACCEPTED?     ____(YES)   X (NO)

RECEIVED
SEP 05 2007
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

(EXHIBIT A-2)

DU8

## FORM #584

## GRIEVANCE FORM

FACILITY: D.C. C

DATE: 3-25-07

GRIEVANT'S NAME: Michael Jones

SBI#: 417267

CASE#: 142023

TIME OF INCIDENT: 4.28 AM

HOUSING UNIT: SHU-17-D-U8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Department of Corrections, Correctional officer Blake at 4.28 am banged down my Flap along with all 23 other Flaps on the tier. The Flaps are not suppose to be left open at anytime. Its effecting me cause of all the noise on the tier that echo's into my cell sur has inmates talking to themselves real lud and doves being slammed from Correctional Officer that falles inmates to get their insdin shots and I get these excruciating Headaches due to all this noise that echo's into my cell from the Flaps being open early in the murning. Breakfast doesn't come until 5:30 am or later why is my Flap being open and left open?

ACTION REQUESTED BY GRIEVANT: That Commissiones Carl Danberg, Warden Thomas Caroll Deputy Warden David Pierce, Deputy Warden Betty Burris and the Head of Security here in D.C.C. be notified of this ongoing situation and I would like a grievance hearing

GRIEVANT'S SIGNATURE: [signature]

DATE: 4.28 AM

WAS AN INFORMAL RESOLUTION ACCEPTED?          (YES)    X (NO)

RECEIVED
SEP 05 2007
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*I GC DOES NOT MAKE NOTIFICATIONS FOR INMATES, YOU CONCERNS HAVE BEEN FORWARDED TO SGT. HAWKINS*

_____
Inmate Grievance Chairperson

_9/25/07_
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

(EXHIBIT A-3)

D48

**FORM #584**

## GRIEVANCE FORM

FACILITY: D.C.C                          DATE: 8-24-07

GRIEVANT'S NAME: Michael Jones           SBI#: 417267

CASE#:        142-043                    TIME OF INCIDENT: 4.30am

HOUSING UNIT: SHU 17-D-28

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Department of Corrections Correctional officer Blekke at 4:30am banged down my flap along with all 23 other Flaps on the tier. The Flaps are not suppose to be left open at anytime. Its effecting me cause of all the noise on the tier that echos into my cell such as inmates talking to themselves real loud and doors being slammed from correctional officer that takes inmates to get there insulin shots and I get these excruciating headaches due to all this noise that echos into my cell from the Flaps being open early in the morning. Breakfeast doesn't come until 5:30am or later why is my Flap being open and left open?

ACTION REQUESTED BY GRIEVANT: That Commissioner Carl Danberg, Warden Thomas Carroll Deputy Warden David Pierce, Deputy Warden Mrs. Burss and The Head of Security here in D.C.C be notified of this ongoing situation and I would like a grievance hearing.

GRIEVANT'S SIGNATURE: Michael J.          DATE: 8-24-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _✗_ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

RECEIVED
SEP 05 2007
Inmate Grievance Office

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

### Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*I.G.C. Does not Make Notifications For Inmates You Concerns Have Been Forwarded to Set. Hawkins*

_____    9/25/07
Inmate Grievance Chairperson                    Date

Form#: 584 (F&B)
(Reverse Revised July '99)

( EXHIBIT A-4)

FORM #584

D U8

**GRIEVANCE FORM**

FACILITY: D.C.C.                    DATE: 8-27-07

GRIEVANT'S NAME: Michael Jenns      SBI#: 417267

CASE#: 14/983                       TIME OF INCIDENT: 5:30am

HOUSING UNIT: SHV-17-D-8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Today 8-27-07 I was standing at my cell window and I observed one: Department of Corrections Correctional Officer Reynard Jones passing out breakfast trays when he gave D upper 12 his tray he counted the trays on one side of the cart the 3rd tray down the one he stopped at was the tray he gave me this tray was tampered with the eggs had what appeared to be milk in it, the hash browns were all crusted up with milk in it and I know this didn't come from the Kitchen like this this is an ongoing issue with Correctional Officer Reynard Jones playing in my food and Im being neglected by D.C.C administration cause they are aware of this problem and is doing nothing to stop it. I missed breakfast today due to my food being tampered with.

ACTION REQUESTED BY GRIEVANT: That Warden Thomas Carroll, Deputy warden David Pierce Deputy Warden Betty Burris The Head of Security in DCC and Commissioner of Jail's Carl Danberg be notified for thier review and action

GRIEVANT'S SIGNATURE: Michael J         DATE: 8-27-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)   X (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

RECEIVED
SEP 05 2007
Grievance Office

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

### Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.  _____ Disciplinary Action  _____ Parole Decision  _____ Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*IGC DOES NOT MAKE NOTIFICATIONS FOR INMATES. YOUR CONCERNS HAVE BEEN FORWARDED TO SGT. HAWKINS*

_____
Inmate Grievance Chairperson

9/25/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

( EXHIBIT A-5 )

**FORM #584**
**EMERGENCY**
**GRIEVANCE FORM**

DU8

**FACILITY:** D C C.                    **DATE:** 9·1·07

**GRIEVANT'S NAME:** Michael Jones        **SBI#:** 417267

**CASE#:** 142003                **TIME OF INCIDENT:** 5:15 Am 12to 3

**HOUSING UNIT:** SHU- 17-D-U8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Department of Corectuns, Correctional officer Raynard Jones was serving breakfeast
as usual and I noticed that my bread had a pwidery white substance on the bottum 2
slices look's like either cleanser or a soap ball, this is a life threalning situation
he is becoming extremely dangerous and he trying to poisen me, Im being neglected
by the administration cause this has been going on since June its now September
and my food is still being tampered with. Correctunal Officer Raynard Jones is not
only abusing his authority but he using his job/position to secure a crime that is
attempt to murder by posion This is an emergency grievance. Icant eat my breakfeast
when he works cause I could possibly be posined and die.

ACTION REQUESTED BY GRIEVANT: That Commissiner Carl Danberg, Warden Thomas Carroll
Deputy Warden David Pierce, Depurty Warden Betty Buriss, and the Head of Security
be notified for their actui and review. That Correctiunal officer Raynard Jones be banned
From handling any food being passed out and Iwant I grievance hearing.

GRIEVANT'S SIGNATURE: Mu Lnl                 DATE: 9·/·07

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)  X (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

RECEIVED
SEP 05 2007
Inmate Grievance Office

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: **INSTITUTION FILE**
    **GRIEVANT**

April '97 REV

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____**Vulgar/Abusive or Threatening Language**. The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____**Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

____✓____**Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____**Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____**Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____**Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates?

_____**Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*IGC Does not NAKE Notifications for Inmates, Your Concerns Have Been Forwarded to Sgt. Hawkins*

Inmate Grievance Chairperson

9/25/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

EXHIBIT A-6

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C                          DATE: 9-25-07

GRIEVANT'S NAME: Michael Jones           SBI#: 417267

CASE#: 143002                            TIME OF INCIDENT: 3 to 4 shift rec-time

HOUSING UNIT: SHV-17-D U9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I came out for rec this morning and went inside the cage Sargent Travis said "Oh Ima
shake you down real good today" And while I was on rec she went into my cell by herself
and was in my cell by herself for 20 minutes. I was the only one, singled out, for a shakedown
my cell was the only cell shook down. That shows that I am continously being abused
by correctional Officers, Sargent Travis came to work mad and therefore took her anger
out by shaking down and destroying my cell. She has abused her Authority Just cause she
can. Area Lt. Satterfield has been notified of the ongoing abuse I'm recieving.

ACTION REQUESTED BY GRIEVANT: That Commissioner Carl Danberg, Warden Thomas Carroll
Deputy Warden Betty Burris, Deputy Warden David Pierce, The head of Security here in D.C.C.
be notified and also let them know staff Lt. Hawkins will not intervene with complaints
against correctional officers and I want to be moved to building 19 A.S.A.P. so I can get
away from this abuse and I want a grievance hearing

GRIEVANT'S SIGNATURE: Michael                DATE: 9-25-07

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES)  X (NO)

RECEIVED
OCT 03 2007
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXHIBIT A-1

**FORM #584**

**GRIEVANCE FORM**

DU8   Staff Lt. Hawkins

FACILITY: D.C.C.                          DATE: 9-10-13-07

GRIEVANT'S NAME: Michael Jones         SBI#: 417267

HOUSING UNIT: SHV-17-D-U8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

c/o cpl/Sgt. Raynard Jones came around with the nurse today at 5:14AM and purposely being cruel banged down every Flap on the tier extra hard. First and foremost I don't take medication there's no reason for my Flap to be open breakfast wasn't handed out until 5:53AM I now have an excruciating headache my headache is so bad I can't go back to sleep what he's doing is unecessary and he knows exactly what he's doing he trying to inflict pain in a cowardly way in fact he is inflicting pain cause I have a headache. All the 12to8 Lts are aware that these Flaps are left open in the morning cause they have to come on the tier and talk someine an 8 to feed them in the interview room they dint care. co cpl/Sgt Raynard Jones does what he wants to do!

ACTION REQUESTED BY GRIEVANT: That I stop being abused/and the mental Torture that Im recieving stops also by co/cpl/Sgt Raynard Jones on 12to8 shiM. I want a grievance hearing A.S.AP and also someone other than S/Lt Hawkins to get involved cause S/Lt. Hawkins is scared to do anything about cocpl/Sgt Raynard Jones.

GRIEVANT'S SIGNATURE: Michael Jones         DATE: 10-13-07

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _X_(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE   RECEIVED OCT 17 2007
    GRIEVANT
              Inmate Grievance Office

April '97 REV

Exhibit B-1

DU8

FORM #584

~~GRIEVANCE FORM~~

APPEAL GRIEVANCE

FACILITY: D.C.C

DATE: 8-28-07. I recieved my grievance back

GRIEVANT'S NAME: Michael Jones

SBI#: 417267

CASE#: 139842    142044

TIME OF INCIDENT: 8-15-07 at 4:12 Aou

HOUSING UNIT: SHU-17-D-28

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I am appealing case# # 139842, it was ensea't back to me saying Duplicate Grievance. This issue has been addressed previously in Grievance 138703 well thats news to me cause I never heard nothing about it and its not a Duplicate grievance cause if a Correctional Officer continues to cause me mental/physical pain by their actions everytime its done I want am going to write it up. Its an ongoing problem and if it happens every day Im going to write it up every day.

ACTION REQUESTED BY GRIEVANT: That every time I write a grievance I want Commissuner Carl Danberg, Warden Thomas Carroll, Depty Warden David Pierce, Depty Warden Betty Burris and the head of Security notified for thier review and action and I want a grievance hearing

GRIEVANT'S SIGNATURE: Michael J                    DATE: 8-28-07

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____ (YES)    X (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

RECEIVED
SEP 05 2007
Inmate Grievance Office

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*IGC DOES NOT MAKE NOTIFICATIONS FOR INMATES. YOU CONCERNS HAVE BEEN FORWARDED TO SGT. HAWKINS*

_____
Inmate Grievance Chairperson

___9-25-07___
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

EXHIBIT B-2.

## FORM #584

### ~~GRIEVANCE FORM~~
APPEAL FORM

FACILITY:_____     DATE: 9-26-07

GRIEVANT'S NAME: Michael Jones     SBI#: 417267

HOUSING UNIT: SHU-17-D-C8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

My grievance was returned saying request are not processed through the grievance procedure I ask that the Wardens or Head of Security be notified that Sgt Raynard Jones is continusly putting stuff in my food trays and I cant eat. STAFF Lt Haw Kins doesnl care about inmates and she will not do nothing about it. This has been ongoing since June and she knows about it but dont care.

_____

RECEIVED
OCT 17 2007
Inmate Grievance Office

_____

ACTION REQUESTED BY GRIEVANT: I ask that Someone higher up be notified such as the Wardens or head of Security or Move me to building 19 to get away from this Abuse Im recieving.

DUPLICATE

_____

GRIEVANT'S SIGNATURE: Michael Jones     DATE: 9-26-07

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)     _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

EXHIBIT-B-3

**FORM #584**

~~**GRIEVANCE FORM**~~
APPEAL FORM

FACILITY: D.C.C                          DATE: 9-26-07

GRIEVANT'S NAME: Michael Jones       SBI#: 417269

HOUSING UNIT: SHV-17-D-8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

My grievance was returned to me today CASE# 142003 saying request are not processed
though the grievance board. I asked that all the Warden and the Head of Security be
notified that Sgt Raynard Jones is continuously putting stuff in my breakfeast
trays and I could eat my breakfast.

ACTION REQUESTED BY GRIEVANT: That someone higher up be notified about this ongoing
problem and that it stops and that STAFF Lt. Hawkins not be involved cause she doesn't
care about inmates health a saftey Concerns. She will not do anything.

GRIEVANT'S SIGNATURE: Michael Jones          DATE: 9-26-07

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)   ✗ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXHIBIT B-4

**FORM #584**

~~GRIEVANCE FORM~~
APPEAL FORM

FACILITY: D.C.C                     DATE: 9-26-07

GRIEVANT'S NAME: Michael Jones      SBI#: 417267

HOUSING UNIT: SHU-17-D-09

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

My grievance was returned saying it does not make notifications for inmates and my concerns
about Sgt Raynard Jones playing in my breakfeast trays has been forworded to
STAFF Lt Hawkins. STAFF Lt Hawkins does not care about inmates health or Saftey
and she will not intervene on inmates behalf concerning issues with cvs.

ACTION REQUESTED BY GRIEVANT: I want some one other than staff Lt. Hawkins aware
of my ongoing health an saftey concern like Head of Security Mr. James Scarborough
or the Warden or someone higher up staff Lt Hawkins has neglected to look into this
sitralim because Im an inmate Also I want to be moved to building 19 to get away
from this abuse.

GRIEVANT'S SIGNATURE: Michael Jones          DATE: 9-26-07

WAS AN INFORMAL RESOLUTION ACCEPTED?          ____(YES)    X (NO)

RECEIVED
OCT 17 2007
(TO BE COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)
Inmate Grievance Office

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

EXHIBIT B-5

**FORM #584**

DU8

**GRIEVANCE FORM**

APPEAL

**FACILITY:** D.C.C

**DATE:** 10-11-07

**GRIEVANT'S NAME:** Michael James

**SBI#:** 417267

**HOUSING UNIT:** SHU-17-D-US

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I wrote a grievance on 9-25-07 about Sgt Travies singleng me out for a shake down and how Im continuesly being abused in this bulding, My grievance was returned to 10-11-07 saying my grievance is non-grievable. Im being abused by correctiunal officers so what am I suppose to do if I can't grieve it. My call and my cell only was shook down "just cause" Im being targeled by Sgt Travies and I want it to stop. Iask for a grievance hearing that all the Wardens be notified and that I be moved but it was denied by Cpl M. Dutton cause Im an inmate and c/os talke up for each other.

ACTION REQUESTED BY GRIEVANT: That all the Wardens, and necessary persiunel be notified that Im being abused so when I sue they can't say they didn't Know Iwent this abuse to stop and I WANT A GRIEVANCE HEARING.

**GRIEVANT'S SIGNATURE:** Michael J                **DATE:** 10-11-07

**WAS AN INFORMAL RESOLUTION ACCEPTED?** _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** _____          DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE RECEIVED
    GRIEVANT

OCT 1 7 2007

Inmate Grievance Office

April '97 REV

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 09/27/2007

*DU8*

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** JONES, MICHAEL L | **SBI#** : 00417267 | **Institution** : DCC |
| **Grievance #** : 142549 | **Grievance Date** : 09/17/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 09/11/2007 | **Incident Time :** 17:00 |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg 17, Upper, Tier D, Cell 8, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** At 5:00 pm today September 11, 2007 I woke up to someone else¿s feces in my cell and all over the bottom of my door, I told the tier officers about it and they seen it and said they have to get permission from the building Sgt to let me clean it up.  A couple hours later Sgt. Iglesia told me to get dress I have to up from to see the Lieutenant but when she opened my cell door and I stepped out she look at the feces and determined that it did in fact come from outside of my cell in cause the way it was splashed.  She told me to go back into my cell and called the pod and told them that¿s the wrong one and took another inmate out to go see the Lieutenant. I asked her can I clean my cell of the feces she just ignored me. Furthermore I asked the C/O's that was working. the tier can I clean it up they said the Sgt said no, let him sleep in it.  I didn't get to clean up the feces until 12:15 pm the following day.  I threw up 4 times and I had to sleep with someone else¿s feces in my cell, this is an emergency grievance.

**Remedy Requested** :  That Warden Thomas Carroll, Deputy Warden David Pierce, Deputy Warden Betty Burris and the head of security be notified that procedure here in the SHU is not being followed and I want a grievance hearing and some type of safeguard that will not ever again let someone else's feces sit in my cell for 19 hours and 15 minutes and correctional officers/ Sergeant refuse to let me clean it up or get it cleaned up in a timely manner and I want to know what is a timely manner per DOC rules and procedure.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Scarborough, James |
| **Grievance Amount :** | |

*EXHIBIT C*

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 09/27/2007

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** JONES, MICHAEL L     **SBI#**     : 00417267     **Institution**     : DCC

**Grievance #** : 142549     **Grievance Date** : 09/17/2007     **Category** : Individual

**Status** : Unresolved     **Resolution Status:**     **Inmate Status :**

**Grievance Type:** Staff Issues     **Incident Date** : 09/11/2007     **Incident Time :** 17:00

**IGC** : McCreanor, Michael     **Housing Location :** Bldg 17, Upper, Tier D, Cell 8, Single

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Scarborough, James          **Date of Report** 09/27/2007

**Investigation Report :**

**Reason for Referring:**

EXHIBIT C

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____