IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL L. JONES, | ) |
|       Plaintiff, | ) ) ) |
|       v. | ) Civil Action No. 07-791-GMS ) |
| WARDEN THOMAS CARROLL, DEPUTY WARDEN DAVID PIERCE, HEAD OF SECURITY DAVID HOLMAN, STAFF LIEUTENANT KAREN HAWKINS, CORRECTIONAL OFFICER RAYNARD JONES, CORRECTIONAL OFFICER AUDREY EVANS, C/O KESHAW TRAVIES, LT. LARRY SAVAGE, AND FLOYD S. DIXON, | ) ) ) ) ) ) ) ) ) |
|       Defendants. | ) |

**AUTHORIZATION**



FILED DEC 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

RP scanned

    I, Michael L. Jones, SBI #417267, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $13.78 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated December 13, 2007.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: _December 18_____, 2007.

_____
Signature of Plaintiff

2

IM Michael Jones
SBI# 412267 UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[postmark: WILMINGTON 19 DEC 2007, 39¢ USA stamp]

Office of the Clerk
United States District Court
844 N. KING Street Lock box 18
Wilmington Del
19801

LEGAL MAIL