OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 5, 2008

TO: Michael L. Jones
SBI#417267
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: UNITED STATES MARSHAL 285 FORMS - DEFICIENCY NOTED**
**CIV. NO. 07-791(GMS)**

Dear Mr. Jones:

Please be advised that this office has received complete United States Marshal 285 forms for Audrey Evans and Raynard Jones. Please be aware that the USM 285 form for the Attorney General is deficient due to a lack of original signature.

Please submit a signed United States Marshal 285 form for the Attorney General. Upon receipt of the form(s), your complaint will be forwarded to the United States Marshal for service in accordance with the Court's orders.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Incomplete USM 285 for for AG