OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 8, 2008

TO:

Michael L. Jones
SBI#417267
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE: UNITED STATES MARSHAL 285 FORMS**
         **CIV. NO.** 07-791 GMS

Dear Mr. Jones:

    Please be advised that this office has received all required United States Marshal 285 forms in the above referenced case.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                     Sincerely,

/rwc                                     PETER T. DALLEO
                                            CLERK

cc:   The Honorable Gregory M. Sleet
       United States Marshal
       Pro Se Law Clerk