IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL L. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-791-GMS |
| | ) |
| CORRECTIONAL OFFICER RAYNARD | ) |
| JONES and CORRECTIONAL OFFICER | ) |
| AUDREY EVANS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

WHEREAS, the plaintiff, Michael L. Jones ("Jones"), a prisoner housed at the James T. Vaughn Correctional Center, Smyrna, Delaware, filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, concurrent with the filing of the lawsuit, Jones filed a motion for a preliminary injunction (D.I. 2, 4 );

WHEREAS, the service order, issued on April 16, 2008, required the defendants to respond to Jones' motion within thirty days from service (D.I. 8);

WHEREAS, the defendants were served on June 10, 2008, and an answer filed on August 5, 2008, but the defendants did not respond to the motion for injunctive relief (D.I. 12, 13, 14);

THEREFORE, at Wilmington this 18th day of July, 2008, IT IS ORDERED that the defendants shall file a response to the plaintiff's motion within ten days from the date of this order. No extensions will be granted.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
AUG 1 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE