IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Michael L. Jones
    Plaintiff

v.

Raynard Jones and Audrey Evans
    Defendants
Individually and in their offical Capacity

C.A. NO 07-791-GMS

Jury trial Demanded ~~struck through~~

FILED
AUG 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion requesting extension of time to respond to defendants motion for summary judment

Plaintiff respectfully request pursuant to Fed R. Civ. P 6(b) an order extending the time to respond to defendants Motion for summary to November 5, 2008

This motion is made on the grounds that:

1. Plaintiff, who is representing himself on a pro se basis, is only allowed access to the prison law library through mail correspondance only which take 2weeks for the law labrary to answer inmates responses which prevents him from completing the necessary legal research required to properly respond to Defendants motion.

2. Plaintiff also needs time to first file a motion for production of documents from defendants, documents that will better assist your honor in his decision making on the defendants motion for summary Judgement to dismiss Plaintiffs claim.

3. Plaintiff also needs time to file another motion for appointment of counsel due to Plaintiffs lack of knowlegde of the law and also his lack of access to the prison law library

4. Plaintiff has requested no previous extensions of time in this matter to date all of his filings with the court have been made in a timely manner

Respectfully submitted this 11 day of August 2008

BY Michael L. Jones
Michael L. Jones
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware
19977

pg 1 of 1

## CERTIFICATE OF SERVICE

I, _Michael L. Jones_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _14th_ day of _August_, _2008_.

1. _Office of the Clerk_
   _844 N. King St Lock box 18_
   _Wilm Del 19801_

2. _Catherine Damavand (Attorney General)_
   _820 N. French st 6th Floor_
   _Wilm Del 19801_

3. _____

4. _____

5. _____

6. _____

_8-14-08_
**Date signed**

_Michael Jones_ (signature)
**Signature of Movant**
**(Notarization not required)**