IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Michael L. Jones
    Plaintiff

v.

Raynard Jones and Audrey Frans
    Defendants
Individually and in their Official Capacity

    Plaintiffs First Request for
    Production of Documents

C.A. No. 07-791 GMS

Jury Trial Demanded

FILED
AUG 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to rule 34 of the Federal Rules of Civil Procedure, Plaintiff hereby requests that Defendants produce for inspection and copying the documents identified below within (30) days calendar days of the service of this document request.

1. A copy of the original Disciplinary hearing ~~form~~ Appeal form DR# 1033294 dated 7-30-07 along with Exhibit A. One original letter from the office of Governor Ruth Ann Minner concerning the complaint against Correctional officer Raynard Jones Exhibit B one original letter dated June 13, 2007 from Major David K. Holman concerning complaint against correctional officer Raynard Jones. Exhibit C one letter dated June 12, 2007 original letter from Bureau of Prisons Rick Kearney on behalf of Commissioner Carl Danberg concerning a complaint against correctional officer Raynard Jones.

2. A copy of all the complaints the plaintiff wrote against Correctional officer Raynard Jones in the files of: Then acting Warden Thomas Carroll, Warden Betty Burris, Deputy Warden David Pierce, then acting Major David D. Holman, Staff Lt Karen Hawkins, Office of the Gov. Ruth Ann Minner, Bureau of Prisons Chief Rick Kearny at the Commissioners office Carl Danberg

3. Any notes, documents, letters, memoranda, files, records, record books, logs, grievance reports or written communications concerning complaints made against Correctional Officer Raynard Jones

4. A copy of the Jail log book from building 17 C & D tier of all actions that was loged in on 7-16-2007 from 12:00pm till 4:00pm.

Dated: August 11, 2008
By: *Michael J.*
Michael L. Jones #417267
Delaware Correctional Center
1131 Paddock Road
Smyrna Delaware
    19977

IM Michael Jones
SBI# 417267    UNIT ____
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Del
19801

LEGAL MAIL


