IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Michael L. Jones
    Plaintiff

v.

Raynard Jones and Audrey Evans
    defendants
Individually and in their official capacity.



Motion for APPOINTMENT of COUNSEL

Civil Action NO.
07-791-GMS
Jury trial Demanded

Pursuant to 28 U.S.C § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He has been approved to leave to proceed informa pauperis.

2. Plaintiff, imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has no physical access to the law library and limited knowledge of the law. Plaintiff only access to the law library is through mail correspondence only which takes weeks and theres only 2 paralegals for 200 inmates so all request are not approved or sometimes they dont even understand what your looking for so it would be almost impossible for plaintiff to meet the required time limits for filing the proper paper work in this case.

3. A trial in this case will involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross-examine witnesses.

4. Plaintiff will have a hard time trying to get the Jail/Defendants/Lawyers to produce ducktion documents that the plaintiffs needs in a timely fashion or at all.

5. Plaintiff has made repeated efforts to obtain a lawyer attached to this motion are some letters I recieved back from some Lawyers I wrote. But without money they will not represent plaintiff.

WHEREFORE, plaintiff request that the court appoint a member of the Delaware state Bar as counsel in this case.

Respectfully Submitted,

Michael L. [signature] 417267
JTVCC
1181 Paddock Road
Smyrna Delaware
            19977

Dated 8-15-08

LAW OFFICES OF
## BARROS, McNAMARA, MALKIEWICZ & TAYLOR, P.A.
2 WEST LOOCKERMAN STREET
P.O. BOX 1298
DOVER, DELAWARE 19903
Telephone: 302-734-8400
Fax: 302-734-8969

A. RICHARD BARROS
EDWARD R. MCNAMARA
MICHAEL J. MALKIEWICZ
ROBERT J. TAYLOR
J. JAY LAZZERI
BRADLEY S. EABY
DAVID J. BEVER

Branch Offices
110 Anglers Road, Suite 105C
Lewes, DE 19958
Telephone: 800-734-LAWS (5297) or 856-3319

306 E. Stein Highway
Seaford, DE 19973
Telephone: 800-734-LAWS (5297)

Please respond/fax to our Dover office only

August 28, 2007

I/M Michael L. Jones
S.B.I. #417267
Delaware Correctional Center
SHV-Bldg. 17-D-Upper 8
1181 Paddock Road
Smyrna, DE 19947

**LEGAL CORRESPONDENCE**

Mr. Jones:

My law firm will not represent you in the District Court case that you wrote to us about in a letter dated August 16, 2007. We wish you success in your case.

Sincerely,

BARROS, McNAMARA, MALKIEWICZ
& TAYLOR, P.A.

MICHAEL J. MALKIEWICZ, ESQUIRE

MJM/sep
P:\SEP\jones.lt.dcc.wpd

**David D. Finocchiaro, L.L.C.**
Attorneys at Law

**David D. Finocchiaro, Esquire**
421 Smyrna Clayton Blvd.
Smyrna, Delaware 19977

Telephone: (302) 653-5091
FAX: (302) 653-5093

August 27, 2007

I/M Michael Jones
SBI # 417267
Delaware Correctional Center
SHU Building 17 D Upper 8
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Jones:

Thank you for your letter of August 16, 2007 seeking representation. Unfortunately, I am unable to take this case at this time. I do wish you the best of luck with your case.

Thank you.

Very truly yours,

David D. Finocchiaro

DDF/blb

# PENNSYLVANIA INSTITUTIONAL LAW PROJECT

THE CAST IRON BUILDING
718 ARCH STREET, SUITE 304 SOUTH
PHILADELPHIA, PENNSYLVANIA 19106

ANGUS R. LOVE
EXECUTIVE DIRECTOR

PHONE: (215) 925-2966
FAX: (215) 925-5337

July 12, 2007

Michael Jones
417267
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Jones:

I am in receipt of your recent letter. I regret to inform you that our Projects funding guidelines prohibit us from handling cases outside the state of Pennsylvania; therefore, we are unable to assist you in this matter. Good luck.

Sincerely,

*Katie Henninger*

Katie Henninger
Legal Assistant

# CERTIFICATE OF SERVICE

I, _Michael J. Jones_, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the _16th_ day of _August_, _2008_.

1. Office of the Clerk
   844 N. King St Lockbox 18
   Wilm Del 19801

2. Attorney General Office
   820 N. French St
   Wilm Del 19801

3. _____

4. _____

5. _____

6. _____

_____
**Date signed**

_____
**Signature of Movant**
**(Notarization not required)**

I/M Michael Jones
SBI# 417267   UNIT ___
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. KING Street, Lock Box 18
Wilmington, Delaware
19801

UNITED STATES POSTAGE
$ 00.59
MAILED FROM ZIP CODE 19977